# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-43428-ERW |
| | § | |
| TRACEY LAMONT JEMISON | § | |
| THERESA MARIE JEMISON | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 09/03/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn S. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/05/2013          By:   /s/ David P. Leibowitz
                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 12-43428-ERW
§
TRACEY LAMONT JEMISON §
THERESA MARIE JEMISON §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $4,387.00
*and approved disbursements of* $809.88
*leaving a balance on hand of[1]:* $3,577.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | American Honda Finance Corporation | $10,742.18 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $3,577.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $895.25 | $0.00 | $895.25 |
| David P. Leibowitz, Trustee Expenses | $1.68 | $0.00 | $1.68 |

Total to be paid for chapter 7 administrative expenses: $896.93
Remaining balance: $2,680.19

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,680.19 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,680.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,360.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | $1,130.69 | $0.00 | $266.76 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | $6,983.39 | $0.00 | $1,647.60 |
| 4 | American Express Bank, FSB | $3,245.98 | $0.00 | $765.83 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $2,680.19 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 12-43428-ERW
Tracey Lamont Jemison                                           Chapter 7
Theresa Marie Jemison
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales            Page 1 of 3             Date Rcvd: Aug 05, 2013
                              Form ID: pdf006            Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2013.
```
db/jdb     +Tracey Lamont Jemison,    Theresa Marie Jemison,    751 S Kolmar Avenue,    APT# 2nd Flr,
             Chicago, IL 60624-3416
19642760   +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19642767   +AT&T,    Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
20311129   +++American Express Bank, FSB,    Attorneys/Agent for Creditor,    c o Becket and Lee LLP,   POB 3001,
             Malvern, PA 19355-0701
20320089    American InfoSource LP as agent for TD Bank, USA,     PO Box 248866,
             Oklahoma City, OK  73124-8866
19642750   +Annie Jemison,    751 S. Kolmar Ave,    Chicago, IL 60624-3416
19642749   +BANK OF America, N.A.,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
19642757   +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
19642763   +CMRE Financial Services, Inc.,    Bankruptcy Department,    3075 E. Imperial Hwy., #200,
             Brea, CA 92821-6753
19642756   +Chase-Bp,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19642764   +EPMG of Illinois, SC,    Bankruptcy Department,    PO Box 95968,    Oklahoma City, OK 73143-5968
19642753   +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
19642754   +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19642751   +Ffcc-Columbus INC,    Attn: Bankruptcy Dept.,    1550 Old Henderson Rd St,
             Columbus, OH 43220-3626
19642761   +MRS Associates of New Jersey,    Bankruptcy Department,    1930 Olney Ave.,
             Cherry Hill, NJ 08003-2016
19642765    T-Mobile,    Bankruptcy Department,    PO Box 742596,    Cincinnati, OH 45274-2596
19642759   +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
19642755   +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19642748    E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 06 2013 02:08:03     American Honda Finance,
             Attn: Bankruptcy Dept.,    2170 Point Blvd Ste 100,    Elgin, IL 60123
19946300    E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 06 2013 02:08:03
             American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
             Irving, TX 75016-8088,    866-716-6441
19939812    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2013 02:24:27
             American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
19642766   +E-mail/Text: bknotice@erccollections.com Aug 06 2013 02:55:12     Enhanced Recovery Corp.,
             Bankruptcy Department,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
19959390   +E-mail/Text: resurgentbknotifications@resurgent.com Aug 06 2013 02:02:37
             PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
             Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 5
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19642758*   +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
19642752*   +Ffcc-Columbus INC,    Attn: Bankruptcy Dept.,    1550 Old Henderson Rd St,
             Columbus, OH 43220-3626
19642762    ##West Suburban Hospital,    Attn: Bankruptcy Department,    PO Box 4746,
             Carol Stream, IL 60197-4746
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: ccabrales            Page 2 of 3              Date Rcvd: Aug 05, 2013
                               Form ID: pdf006            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2013**                         **Signature:**       /s/ Joseph Speetjens

```
District/off: 0752-1          User: ccabrales            Page 3 of 3                  Date Rcvd: Aug 05, 2013
                              Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2013 at the address(es) listed below:

        Andrew B Nelson   on behalf of Debtor Tracey Lamont Jemison ndil@geracilaw.com
        Andrew B Nelson   on behalf of Joint Debtor Theresa Marie Jemison ndil@geracilaw.com
        David J Frankel   on behalf of Creditor   American Honda Finance Corporation
         dfrankel@sormanfrankel.com,   bbehanna@sormanfrankel.com
        David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
         il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                      TOTAL: 5